# EXHIBIT 2

- Home
- 
- We at "IT MAKES SENSE "believe in the following:
- 
- We Believe:
- 
- Blog Rules

Recent Posts

- GEORGE SOROS STARTS HIS ONE WORLD ORDER - Responsibility to Protect – In Libya – Wither you like it or not
- George Soros - Responsibility to Protect' – The End of National Sovereignty as We Know it?
- Soros heavily involved in the 'Responsibility to Protect"
- Soros, Obama & 'Responsibility to Protect'
- Introducing you to George Soros' International Crisis Group and the Responsibility to Protect...
- Blinking on Fannnie and Freddie
- Pres Obama Bungles the Libya Speech
- WE STAND WITH WISCONSIN
- Samantha Power Brings Activist Role Inside to Help George Soros Persuade Obama on Libya
- The Rise of Samantha Power (The George Soros Henchwoman) and the risks for the American- Israel relationship

Categories

- Acorn (7)
- America's Future (645)
- Barack Obama (391)
- Barry Soetoro (alias Barak Obama) (6)
- Budgets (212)
- Buy American (42)
- Constitution (110)
- Corruption (481)
- Current Events (416)
- Defense (50)
- Deficit (74)
- Democrat Party

Click to play all audio posts

- Dirty Tricks and Thuggery (318)
  - Pete Rouse (2)
- Economic Terms You Should Know (148)
  - Anti-Colonialism (12)
  - Inflation (14)
- Economy (369)
- Education (87)
- Energy (43)
- Finance (122)
- Food (4)
- Global Warming (14)
- Good of The Order (99)
- Government (122)
- Green Jobs (12)
- Illegals (91)
- IT MAKES SENSE (38)
  - The Meister Knows (8)
- Liberty (221)
- Markists – Markism (90)
- MisGuided (356)
  - Chuch Schumer (2)
  - Lindsey Graham (3)
- Muslims (118)
- Nanny State (42)
- National Socialists (120)
- NRA (3)
- Obama's Heritage (37)
  - barak Obama Super Star Part Two (2)
- Obamacare (92)
- Oil Spill (4)
- Patriot (31)
- Planned Parenthood (4)
- Political Terms You Should Know (41)
  - Fabian Socialists (26)
- Progressives (168)
- Radical Islamists (127)
- Religion (53)
- Ridiculous Regulations (13)
- Right To Work (8)
- Shadow Democrat Party (68)
- Socialism (3)
- Soros – Responsibility to Protect – Intl. Crisis Group (5)
- States Rights (18)
- Taxes (89)
- Tea Party Caucus (40)
- THE BAD DUDES (387)
  - Alan Grayson (14)
  - Andy Stern (7)
  - Anthony Weiner (1)
  - Apollo Aliance (2)
  - Barney Frank

Click to play a(ll a)udio posts

« SEIU Union Drops Health Coverage for Workers' Children
48 Out of 50 States Have Lost Jobs since Democrats' Stimulus Law »

**NEWSFLASH – RE:BARNEY FRANK, REP FROM MASSACHUSETTS**

📶 It Makes Sense

- Wisconsin Declares U[nion law] Not in Effe[ct] 31, 2011
- Mullen: U.S. Commitme[nt to] Libya Redu[ced] Right Away 31, 2011
- Fewer Soug[ht] Jobless Ben[efits] Last Week, [sign] of Slowing March 31, 2

Blog RSS Subscri

Authors

- avaaston (2)
- benjaminw[…] (8)
- bestsandy (
- Bios (27)
- cvrpress149
- dd6774 (1)
- dengar (1)
- drrobertow[…]

- Bernardine Dohrn (6)
- Big Sis (3)
- Bill Ayers (8)
- Campaign for Americas Future (2)
- Cass Sunstein (4)
- Center for American Progress (8)
- Charles Rangel (2)
- Cloward – Piven (10)
- Code pink – Jodie Evans (7)
- Communist party USA (17)
- Dale Rahtke (3)
- Democracy Alliance (7)
- Fred Upton (3)
- George Soros (113)
- Harry Reid (9)
- Herb and Marion Sandler (1)
- Jeff Jones (3)
- Jeremiah Wright (2)
- Jerry Nadler (1)
- Jim Wallis (4)
- John Conyers (1)
- John Kerry (1)
- John Podesta (6)
- Louis Farrakhan (2)
- Maxime Waters (7)
- Michael Moore (4)
- Michelle Obama (10)
- Morton Halperin (3)
- Nancy Pelosi (25)
- peter B. Lewis (4)
- Philosophy (2)
- Revolutionary Communist party (12)
- Richard Trumka (10)
- SDS (7)
- SEIU (28)
- Unions (90)
- Valerie Jarrett (7)
- Van Jones (4)
- Wade Rathke (3)
- Weather Underground (2)
- THE GOOD DUDES (159)
  - Allen West (11)
  - Amy Kremer (5)

Click to play audio posts

November 29th, 2010 | Author: professor1



**Rumor has it that Barney Frank quit the Senate and hired on to his dream job at TSA**

Posted in Barney Frank, Good of The Order, THE BAD DUDES | Tags: Barney Frank, TSA

**Leave a Reply**

[  ] Name (required)

[  ] Mail (will not be published) (required)

[  ] Website

[ Submit Comment ]

- jimschaffne
- professor1 (
- rome476 (8
- spokanecon (7)
- The Meister
- virgilio (27)

Meta

- Register
- Log in
- Entries RSS
- Comments
- WordPress.

[ Search ]

$17 for $35 Worth of Authentic Mexican ...

Get It!       GROUPON

$200 Bonus

Kindle 3G Wireless Reading Device, F...
Amazon.com
Best Price $189.00
or Buy New $189.00
[Buy from amazon.com]
Privacy Information

Coffee People, Donut Shop K-Cups for...
Coffee People
Best Price $19.99
or Buy New $27.75
[Buy from amazon.com]
Privacy Information

EQUIFAX  Learn How
Find a health plan custom fit to your needs

eHealthInsurance
GET QUOTES

LifeLock
TAKE CONTROL OF YOUR IDENTITY
GET STARTED

Wordpress Hosting
$4.95/mo

- - Bishop E.W. Jackson Sr (2)
  - Charles Krauthammer (1)
  - Dan Burton (2)
  - Darrell Issa (5)
  - Eric Cantor (3)
  - Erik Rush (4)
  - Freedom Works (1)
  - Future of Freedom Foundation (2)
  - Ginny Brown Waite (8)
  - Glenn Beck (6)
  - Ileana Ros-Lehtinen (2)
  - James DeMint (4)
  - Javier David (1)
  - Jenny Beth Martin (1)
  - John Barrasso (1)
  - John Boehner (1)
  - John Campbell (2)
  - John Dennis (2)
  - John Hofmeister (3)
  - Lee Iacocca (2)
  - Marco Rubio (14)
  - Mark A Soda (2)
  - Marsha Blackburn (3)
  - Michele Bachmann (9)
  - Michelle Malkin (1)
  - Mike Pence (2)
  - Milton Friedman (1)
  - Newt Gingrich (1)
  - Pat Toomey (1)
  - Patrick McHenry (1)
  - Pete Sessions (1)
  - Rand Paul (1)
  - Ron Paul (6)
  - Sarah Palin (21)
  - Tea Party Nation (29)
  - Ted Poe (2)
  - Thomas Sowell (2)
  - Tom Coburn (1)
- The Good of the Order (35)
- Trotskyism (61)
- Twisting The Truth Award (2)
- Uncategorized (103)
- Unions (67)

Click to Verify (8) audio posts

- Weimar Republic (1)
- World (19)

Archives
Select Month



Contact Us | Terms of Use | Trademarks | Privacy Statement
Copyright © 2010 It Makes Sense Blog. All Rights Reserved.

Powered by WordPress and WordPress Theme created with Artisteer.

Click to play all audio posts