# EXHIBIT 3

- Home
- We at "IT MAKES SENSE "believe in the following:
- We Believe:
- Blog Rules

Recent Posts

- GEORGE SOROS STARTS HIS ONE WORLD ORDER - Responsibility to Protect -- In Libya -- Wither you like it or not
- George Soros - Responsibility to Protect' -- The End of National Sovereignty as We Know it?
- Soros heavily involved in the 'Responsibility to Protect"
- Soros, Obama & 'Responsibility to Protect'
- Introducing you to George Soros' International Crisis Group and the Responsibility to Protect...
- Blinking on Fannnie and Freddie
- Pres Obama Bungles the Libya Speech
- WE STAND WITH WISCONSIN
- Samantha Power Brings Activist Role Inside to Help George Soros Persuade Obama on Libya
- The Rise of Samantha Power (The George Soros Henchwoman) and the risks for the American- Israel relationship

Categories

- Acorn (7)
- America's Future (645)
- Barack Obama (391)
- Barry Soetoro (alias Barak Obama) (6)
- Budgets (212)
- Buy American (42)
- Constitution (110)
- Corruption (481)
- Current Events (416)
- Defense (50)
- Deficit (74)
- Democrat Party

Click to play all audio posts

- Dirty Tricks and Thuggery (318)
  - Pete Rouse (2)
- Economic Terms You Should Know (148)
  - Anti-Colonialism (12)
  - Inflation (14)
- Economy (369)
- Education (87)
- Energy (43)
- Finance (122)
- Food (4)
- Global Warming (14)
- Good of The Order (99)
- Government (122)
- Green Jobs (12)
- Illegals (91)
- IT MAKES SENSE (38)
  - The Meister Knows (8)
- Liberty (221)
- Markists – Markism (90)
- MisGuided (356)
  - Chuch Schumer (2)
  - Lindsey Graham (3)
- Muslims (118)
- Nanny State (42)
- National Socialists (120)
- NRA (3)
- Obama's Heritage (37)
  - barak Obama Super Star Part Two (2)
- Obamacare (92)
- Oil Spill (4)
- Patriot (31)
- Planned Parenthood (4)
- Political Terms You Should Know (41)
  - Fabian Socialists (26)
- Progressives (168)
- Radical Islamists (127)
- Religion (53)
- Ridiculous Regulations (13)
- Right To Work (8)
- Shadow Democrat Party (68)
- Socialism (3)
- Soros – Responsibility to Protect – Intl. Crisis Group (5)
- States Rights (18)
- Taxes (89)
- Tea Party Caucus (40)
- THE BAD DUDES (387)
  - Alan Grayson (14)
  - Andy Stern (7)
  - Anthony Weiner (1)
  - Apollo Aliance (2)
  - Barney Frank

Click to play all audio posts

« ANOTHER OBAMA DISASTER
Obama Shuts Down Power Plants Coast to Coast »

# Government Grants Airport Screeners Union Rights

February 5th, 2011 | Author: jimschaffner

The WallStreet Journal

FEBRUARY 4, 2011

—**The government will grant collective bargaining rights to the nation's 40,000 airport screeners**, the head of the largest federal workers union said Friday.

John Gage, president of the American Federation of Government Employees, told the Associated Press he was informed of the decision at a meeting with John Pistole, head of the Transportation Security Administration.

TSA workers have tried for nearly a decade to win the same union protections as other federal employees, but Republican

It Makes Sense

- Wisconsin Declares U... Not in Effec 31, 2011
- Mullen: U.S Commitmer Libya Redu Right Away 31, 2011
- Fewer Soug Jobless Ben Last Week, of Slowing March 31, 2

Blog RSS Subscri

Authors

- avaaston (2
- benjaminwa (8)
- bestsandy (
- Bios (27)
- cvrpress149
- dd6774 (1)
- dengar (1)
- drrobertowe

- Bernardine Dohrn (6)
- Big Sis (3)
- Bill Ayers (8)
- Campaign for Americas Future (2)
- Cass Sunstein (4)
- Center for American Progress (8)
- Charles Rangel (2)
- Cloward – Piven (10)
- Code pink – Jodie Evans (7)
- Communist party USA (17)
- Dale Rahtke (3)
- Democracy Alliance (7)
- Fred Upton (3)
- George Soros (113)
- Harry Reid (9)
- Herb and Marion Sandler (1)
- Jeff Jones (3)
- Jeremiah Wright (2)
- Jerry Nadler (1)
- Jim Wallis (4)
- John Conyers (1)
- John Kerry (1)
- John Podesta (6)
- Louis Farrakhan (2)
- Maxime Waters (7)
- Michael Moore (4)
- Michelle Obama (10)
- Morton Halperin (3)
- Nancy Pelosi (25)
- peter B. Lewis (4)
- Philosophy (2)
- Revolutionary Communist party (12)
- Richard Trumka (10)
- SDS (7)
- SEIU (28)
- Unions (90)
- Valerie Jarrett (7)
- Van Jones (4)
- Wade Rathke (3)
- Weather Underground (2)

- THE GOOD DUDES (159)
  - Allen West (11)
  - Amy Kremer (5)

Click to play audio posts

opponents have balked over worries that union demands could jeopardize national security or slow response times in a crisis.

Union officials call those arguments an insult to the hundreds of thousands of public safety officers that already have collective bargaining rights, including Border Patrol agents, firefighters and the Capitol police.

"Today marks the recognition of a fundamental human right for 40,000 patriotic federal employees who have been disenfranchised since the inception of the agency," Mr. Gage said.

Mr. Pistole had spent months studying the unionization issue since he was confirmed to the post in June. The move comes just days after Mr. Pistole said the agency would not hire private contractors to screen airline passengers, despite calls to do so from some Republican lawmakers and frustrated passengers.

When the agency was created in 2001, it was excluded from regulations that give other federal workers the right to union protections. The law gave the TSA administrator the authority to decide whether collective bargaining should be allowed, and under the administration of President George W. Bush it was always prohibited.

President Barack Obama had pledged to get the screeners collective bargaining rights during his campaign. But the effort was delayed after Obama's first two choices to run the agency dropped out during their confirmation processes.

Earlier this week, **Sen. Roger Wicker (R., Miss.)** offered an amendment to the FAA authorization bill that would bar the screeners from gaining union rights.

"Burdensome and costly union demands could limit the ability of those responsible for security at some of the most high-risk targets to do their job," Mr. Wicker said. **"The FBI, the CIA and the Secret Service do not have collective bargaining rights for good reason."**

The Federal Labor Relations Authority has already set union elections at the TSA to begin in early March. TSA employees will choose between AFGE and the National Treasury Employees Union for representation.

AFGE already has more than 12,000 dues-paying members among the screeners' ranks, but the union has not been allowed to bargain on behalf of its members.

Posted in Uncategorized | Tags: Airport Screeners, American Federation of Government Employees, TSA, Union Rights

### Leave a Reply

[Name (required)]

[Mail (will not be published) (required)]

[Website]

[comment box]

[Submit Comment]

- jimschaffne
- professor1 (
- rome476 (8
- spokanecon (7)
- The Meistei
- virgilio (27)

Meta

- Register
- Log in
- Entries RSS
- Comments
- WordPress.

[Search]

$17 for $35 Worth of Authentic Mexican ...
Get It!   GROUPON

$200 Bonus

Kindle 3G Wireless Reading Device, F...
Amazon.com
Best Price $189.00
or Buy New $189.00
[Buy from amazon.com]
Privacy Information

Coffee People, Donut Shop K-Cups for...
Coffee People
Best Price $19.99
or Buy New $27.75
[Buy from amazon.com]
Privacy Information

EQUIFAX  Learn How
Find a health plan custom fit to your needs

eHealthInsurance
[GET QUOTES]

LifeLock
TAKE CONTROL
OF YOUR IDENTITY
[GET STARTED]

WordPress Hosting
$4.95/mo

- Bishop E.W. Jackson Sr (2)
- Charles Krauthammer (1)
- Dan Burton (2)
- Darrell Issa (5)
- Eric Cantor (3)
- Erik Rush (4)
- Freedom Works (1)
- Future of Freedom Foundation (2)
- Ginny Brown Waite (8)
- Glenn Beck (6)
- Ileana Ros-Lehtinen (2)
- James DeMint (4)
- Javier David (1)
- Jenny Beth Martin (1)
- John Barrasso (1)
- John Boehner (1)
- John Campbell (2)
- John Dennis (2)
- John Hofmeister (3)
- Lee Iacocca (2)
- Marco Rubio (14)
- Mark A Soda (2)
- Marsha Blackburn (3)
- Michele Bachmann (9)
- Michelle Malkin (1)
- Mike Pence (2)
- Milton Friedman (1)
- Newt Gingrich (1)
- Pat Toomey (1)
- Patrick McHenry (1)
- Pete Sessions (1)
- Rand Paul (1)
- Ron Paul (6)
- Sarah Palin (21)
- Tea Party Nation (29)
- Ted Poe (2)
- Thomas Sowell (2)
- Tom Coburn (1)

- The Good of the Order (35)
- Trotskyism (61)
- Twisting The Truth Award (2)
- Uncategorized (103)
- Unions (67)
- Video (8)

Click to play audio posts

- Weimar Republic (1)
- World (19)

Archives

Select Month



Contact Us | Terms of Use | Trademarks | Privacy Statement
Copyright © 2010 It Makes Sense Blog. All Rights Reserved.

Powered by WordPress and WordPress Theme created with Artisteer.

Click to play all audio posts