**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00830-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company

    Plaintiff,

        v.

**LELAND WOLF,** an individual, and
**IT MAKES SENSE BLOG**, an entity of unknown origin and nature,

    Defendants.

---

## ORDER

---

    This matter is currently before me on Defendants' Stipulation to Jurisdictional Discovery and Supplementation of Defendants' Motion to Dismiss (doc. 16). According to the stipulation, the parties have reached an agreement regarding Defendants' Motion for Leave to Conduct Jurisdictional Discovery (doc. 13). I have reviewed the agreement contained in the stipulation, and I find this agreement provides an economical and efficient avenue for resolving the important question of subject matter jurisdiction posed by Defendants' Motion to Dismiss (doc. 11). Accordingly, I approve and adopt the stipulation and Defendants' Motion for Leave to Conduct Jurisdictional Discovery is DENIED AS MOOT.

    Defendants shall propound a formal discovery request upon Plaintiff for and Plaintiff shall provide Defendants with all contracts, agreements or documentation of arrangements between Plaintiff and MediaNews Group relating to MediaNews Group's assignment of its copyrights to Plaintiff.

Briefing on Defendants' Motion to Dismiss will be stayed for thirty days, pending completion of this agreed upon discovery. At that time, Defendants will have twenty-one days to supplement their Motion to Dismiss with information and evidence relevant to Plaintiff's subject matter jurisdiction, revealed during the limited jurisdictional discovery described above. Plaintiff will have twenty-one days to respond to Defendants' supplemented motion, and Defendants will have fourteen days to reply to Plaintiff's Response.

Dated:  June 6, 2011                              BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Judge