## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-00830-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

       Plaintiff,

v.

LELAND WOLF, an individual; and
IT MAKES SENSE BLOG, an entity of unknown origin and nature,

       Defendants.

---

### NOTICE OF CHANGE OF ADDRESS

---

In accordance with D.C.COLO.LCivR 10.1M, the undersigned, counsel of record for Righthaven LLC, submits this Notice of Change of Address. The undersigned's new address is:

Steven G. Ganim, Esq.
Righthaven LLC
4475 South Pecos Road
Las Vegas, Nevada 89121

Dated this 28th day of June, 2011.

                              By: /s/ Steven G. Ganim
                              STEVEN G. GANIM, ESQ.
                              RIGHTHAVEN LLC
                              4475 South Pecos Road
                              Las Vegas, Nevada 89121
                              Tel: (702) 527-5900
                              Fax: (702) 527-5909
                              sganim@righthaven.com

                              *Attorney for Plaintiff Righthaven LLC*