**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:11-cv-00830-JLK

RIGHTHAVEN, LLC,

    Plaintiff,

v.

LELAND WOLF, an individual, and
IT MAKES SENSE BLOG, an entity of unknown origin and nature,

    Defendants.

---

**STIPULATION FOR BRIEFING SCHEDULE FOR *AMICUS CURIAE* BRIEF BY ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

---

    COMES NOW, Plaintiff Righthaven LLC ("Righthaven" or "Plaintiff"), Defendant Leland Wolf ("Defendant"), *amicus curiae* Citizens Against Lawsuit Abuse ("CALA") and *amicus curiae* the Electronic Frontier Foundation ("EFF") hereby file the following stipulation with the Court concerning Defendant's pending Motion to Dismiss for Lack of Subject Matter Jurisdiction:

    1.    Pursuant to D.C.Colo.LCivR 7.1(a), all parties have conferred regarding the optimal manner to conduct this litigation, so as to best inform the court of the relevant issues and quickly reach a conclusion while conserving party and Court resources.

    2.    On March 31, 2011, Righthaven filed this copyright infringement lawsuit.

    3.    On May 17, 2011, Defendant filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction. Dkt. 11.

4. On June 3, 2011, Plaintiff and Defendant stipulated to limited jurisdictional discovery. Dkt. 16. The Court approved this stipulation and stayed resolution of Defendant's Motion to Dismiss pending discovery. Dkt. 17.

5. After conducting discovery, on July 8, 2011, Defendant filed a Supplemental Memorandum in support of its Motion to Dismiss. Dkt. 20. Righthaven's response to the Supplemental Memorandum is due on or before July 29, 2011.

6. On July 19, 2011, CALA filed a Motion for Leave to File *Amicus Curiae* Brief, Dkt. 21, along with the corresponding brief. Dkt. 21-2.

7. EFF would like the opportunity to file an *Amicus Curiae* Brief to offer its perspective on the copyright ownership and standing issues raised in Defendant's Motion to Dismiss. Therefore, the undersigned parties agree to, and respectfully request, a briefing schedule as follows:

- EFF will file an *amicus curiae* brief in support of Defendant's Motion to Dismiss **on or before August 2, 2011**.
- Within 21 days (and in accordance with the standard briefing schedule set forth in D.C.Colo.LCivR 7.1(c)), Righthaven will file an omnibus response to both EFF's *amicus* brief and the *amicus* brief of CALA. Accordingly, Righthaven will file its response **on or before August 23, 2011**.
- Within 14 days (and in accordance with the standard briefing schedule set forth in D.C.Colo.LCivR 7.1(c)), EFF and CALA may each file a reply to Righthaven's Response. Accordingly, such replies will be filed **on or before September 6, 2011**.
- Each brief will be 25 pages or less.

8. Undersigned counsel respectfully submit that good cause can be shown for this stipulation, agree that no party will be prejudiced by this stipulation, and request that this Honorable Court adopt the briefing schedule contained herein.

Dated: July 29, 2011

COUNSEL FOR *AMICUS CURIAE* ELECTRONIC FRONTIER FOUNDATION:

By: /s/ Kurt Opsahl
    Kurt Opsahl
    kurt@eff.org
    Matthew Zimmerman
    mattz@eff.org
    ELECTRONIC FRONTIER FOUNDATION
    454 Shotwell Street
    San Francisco, CA 94110
    T: (415) 436-9333
    F: (415) 436-9993
    www.eff.org

    David S. Kerr
    SANTANGELO LAW OFFICES, P.C.
    125 South Howes St., 3rd Floor
    Fort Collins, CO 80521
    T: (970) 224-3100
    F: (970) 224-3175
    dkerr@idea-asset.com
    www.idea-asset.com


COUNSEL FOR PLAINTIFF:

By: /s/ Shawn Mangano
    Shawn A. Mangano, Esq.
    SHAWN A MANGANO, LTD.
    9960 West Cheyenne Ave.,
    Suite 170
    Las Vegas, NV 89129
    T: (702) 304-0432
    F: (702) 922-3851
    shawn@manganolaw.com

    Steven G. Ganim
    RIGHTHAVEN LLC
    Righthaven LLC
    4475 South Pecos Road
    Las Vegas, Nevada 89121
    T: (702) 527-5900
    F: (702) 527-5909
    sganim@righthaven.com

COUNSEL FOR DEFENDANT:

By: /s/ Andrew J. Contiguglia
    Andrew J. Contiguglia
    CONTIGUGLIA / FAZZONE, P.C.
    400 S. Colorado Blvd.,
    Suite 830
    Denver, CO 80246
    T: (303) 780-7333
    F: (303) 780-7337
    ajc@ajcpc.com

    Marc John Randazza
    mjr@randazza.com
    Jason A. Fischer
    jaf@randazza.com
    J. Malcolm DeVoy
    jmd@randazza.com
    RANDAZZA LEGAL GROUP-LAS VEGAS
    7001 West Charleston Blvd.,
    Suite 1043
    Las Vegas, NV 89117
    T: (888) 667-1113
    F: (305) 437-7662

COUNSEL FOR *AMICUS CURIAE* CITIZENS AGAINST LAWSUIT ABUSE:

By: /s/ Todd Kincannon
    J. Todd Kincannon
    THE KINCANNON FIRM
    P.O. Box 7901
    Columbia, SC 29202
    T: (877) 922-6878
    F: (888) 704-2010
    todd@thekincannonfirm.com

## CERTIFICATE OF SERVICE

Undersigned hereby certifies that a true and accurate copy of the foregoing STIPULATION FOR BRIEFING SCHEDULE FOR AMICUS CURIAE BRIEF BY ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION was sent through the Court's CM/ECF system on this 29th day of July 2011 to the following interested parties:

COUNSEL FOR *AMICUS CURIAE*
ELECTRONIC FRONTIER
FOUNDATION

David S. Kerr
SANTANGELO LAW OFFICES, P.C.
125 South Howes St., 3rd Floor
Fort Collins, CO 80521
T: (970) 224-3100
F: (970) 224-3175
dkerr@idea-asset.com
www.idea-asset.com

COUNSEL FOR PLAINTIFF:

Shawn A. Mangano, Esq.
SHAWN A MANGANO, LTD.
9960 West Cheyenne Ave.,
Suite 170
Las Vegas, NV 89129
T: (702) 304-0432
F: (702) 922-3851
shawn@manganolaw.com

Steven G. Ganim
RIGHTHAVEN LLC
Righthaven LLC
4475 South Pecos Road
Las Vegas, Nevada 89121
T: (702) 527-5900
F: (702) 527-5909
sganim@righthaven.com

COUNSEL FOR DEFENDANT:

Andrew J. Contiguglia
CONTIGUGLIA / FAZZONE, P.C.
400 S. Colorado Blvd.,
Suite 830
Denver, CO 80246
T: (303) 780-7333
F: (303) 780-7337
ajc@ajcpc.com

Marc John Randazza
mjr@randazza.com
Jason A. Fischer
jaf@randazza.com
J. Malcolm DeVoy
jmd@randazza.com
RANDAZZA LEGAL GROUP-LAS VEGAS
7001 West Charleston Blvd.,
Suite 1043
Las Vegas, NV 89117
T: (888) 667-1113
F: (305) 437-7662

COUNSEL FOR *AMICUS CURIAE*
CITIZENS AGAINST LAWSUIT ABUSE:

J. Todd Kincannon
THE KINCANNON FIRM
P.O. Box 7901
Columbia, SC 29202
T: (877) 922-6878
F: (888) 704-2010
todd@thekincannonfirm.com

2

| | |
|---|---|
| Dated: July 29, 2011 | By: /s/ Kurt Opsahl<br>Kurt Opsahl<br>kurt@eff.org<br>Matthew Zimmerman<br>mattz@eff.org<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>T: (415) 436-9333<br>F: (415) 436-9993<br>www.eff.org<br><br>COUNSEL FOR *AMICUS CURIAE*<br>ELECTRONIC FRONTIER FOUNDATION |