IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-00830-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

        Plaintiff,

v.

LELAND WOLF, an individual, and
IT MAKES SENSE BLOG, an entity of unknown
origin and nature

        Defendants.

---

**DECLARATION OF SHAWN A. MANGANO, ESQ. IN SUPPORT OF PLAINTIFF RIGHTHAVEN LLC'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDITION WITH CERTIFICATE OF SERVICE**

---

I, Shawn A. Mangano, Esq., being first duly sworn upon oath, do hereby depose and state:

1. I am licensed to practice law before this Court, as well as in, among other jurisdictions, the State of Nevada and the State of California. I have personal knowledge of the facts stated herein, except as to those matters stated on information and belief, and if called upon to testify thereto, would be competent to do so.

2. I am lead counsel of record in this case for Plaintiff Righthaven LLC ("Righthaven") on behalf of my firm, Shawn A. Mangano, Ltd. This declaration is made in support of Plaintiff Righthaven LLC's Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction.

3. Attached hereto as Exhibit 1 is a true and correct copy of the December 1, 2010 assignment of rights in and to the work known as "Transportation Security Administration agents perform enhanced pat-downs" (the "Assignment").

4. Righthaven filed this action against the Defendants on March 31, 2011. The alleged infringement occurred at least as of February 5, 2011, thereby making this an accrued claim assigned to Righthaven by Media News Group, Inc. through the Assignment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of July, 2011.    /s/Shawn A. Mangano
Shawn A. Mangano, Esq.

# EXHIBIT 1

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 29th day of July, 2011, I caused a copy of the **DECLARATION OF SHAWN A. MANGANO, ESQ. IN SUPPORT OF PLAINTIFF RIGHTHAVEN LLC'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system.

> By: /s/ Shawn A. Mangano
> SHAWN A. MANGANO, ESQ.