# COPYRIGHT ASSIGNMENT

This Copyright Assignment is made effective as of ~~November~~ December 1, 2010 by Media News Group, Inc., a Delaware corporation ("Assignor").

In consideration of monetary commitments and commitments to services to be provided and/or already provided by Righthaven LLC, a Nevada limited-liability company ("Righthaven"), to Assignor and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby transfers, vests and assigns the work described in Exhibit A, attached hereto and incorporated herein by this reference (the "Work"), to Righthaven, subject to Assignor's rights of reversion, all copyrights requisite to have Righthaven recognized as the copyright owner of the Work for purposes of Righthaven being able to claim ownership as well as the right to seek redress for past, present and future infringements of the copyright, both accrued and unaccrued, in and to the Work.

**IN WITNESS WHEREOF**, Assignor hereby executes this Assignment on this 1st day of ~~November~~ December, 2010.

MEDIA NEWS GROUP, INC.

By: _[signature]_
Name: Sara Glines
Title: Vice-President

STATE OF COLORADO
COUNTY OF DENVER

Subscribed and sworn to before me by Sara Glines this 1st day of ~~November~~ December, 2010.

_[signature]_
Notary Public

My Commission Expires: March 5, 2011

[Notary Seal: CYNTHIA L. BOWLING, NOTARY PUBLIC, STATE OF COLORADO]

MN_0000130

EXHIBIT A

Transportation Security Administration agents perform enhanced pat-downs. Work made for hire by Craig F. Walker. Originally published November 18, 2010, *Denver Post* and www.denverpost.com.

MN_0000130-A