**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00830-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company

    Plaintiff,

        v.

**LELAND WOLF,** an individual, and
**IT MAKES SENSE BLOG**, an entity of unknown origin and nature,

    Defendants.

---

**ORDER**

---

This matter is currently before me on a Motion to File Amicus Brief by Citizens Against Litigation Abuse, Inc. (doc. 21), an Unopposed Motion for Leave to Appear as Amicus Curiae by Electronic Frontier Foundation (doc. 25), and a Stipulation for Briefing Schedule for these Amicus Curiae Briefs (doc. 22).  I have reviewed the proposed amicus briefs, and I find that they will aid in my disposition of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction.  Accordingly,  the Motion to File Amicus Brief by Citizens Against Litigation Abuse, Inc. (doc. 21) and Unopposed Motion for Leave to Appear as Amicus Curiae by Electronic Frontier Foundation (doc. 25) are GRANTED.  Furthermore, the Stipulation for Briefing Schedule for these Amicus Curiae Briefs (doc. 22) is ADOPTED.  Plaintiff Righthaven shall file its response to these amicus briefs no later than August 23, 2011, and the Electronic Frontier Foundation and Citizens Against Litigation Abuse may file replies to Righthaven's

response no later than September 6, 2011.   These briefs shall not exceed twenty-five pages.

      Dated:  August 3, 2011                    BY THE COURT:

                                                      **/s/ John L. Kane**
                                                       Senior U.S. District Judge