**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00830-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company

    Plaintiff,

        v.

**LELAND WOLF,** an individual, and
**IT MAKES SENSE BLOG**, an entity of unknown origin and nature,

    Defendants.

## ORDER

This matter is currently before me on Defendant Leland Wolf's Motion to Supplement Record Regarding Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (doc. 27). To the extent court action is required, this motion is GRANTED and the record shall be supplemented with the Order issued by Judge Roger L. Hunt of the District of Nevada in the matter of *Righthaven v. Democratic Underground, LLC, et al.*, Case No. 2:10-cv-01356-RLH-GWF, attached as Exhibit A to the pending motion. *See* Exhibit A (doc. 27-2).

Dated: August 8, 2011

BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Judge