# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-00830-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

        Plaintiff,

v.

LELAND WOLF, an individual; and
IT MAKES SENSE BLOG, an entity of unknown origin and nature,

        Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

In accordance with D.C.COLO.LCivR 83.3 (D) and Rule 1.16 of the Colorado Rules of Professional Conduct, the undersigned hereby certifies as follows:

    1.    The undersigned intends to withdraw as attorney of record for Righthaven LLC ("Righthaven"), in the above-styled matter.

    2.    Pursuant to D.C.COLO.LCivR 83.3 (D), the undersigned hereby notifies Righthaven of the following: (a) Righthaven is personally responsible for complying with all court orders and time limitations established by any applicable rules; and (b) Righthaven cannot appear without counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

Dated this 21st day of August, 2011.

        By: /s/ Steven G. Ganim
        STEVEN G. GANIM, ESQ.
        Post Office Box 230812
        Las Vegas, Nevada 89105
        Tel: (702) 324.5347
        sgganim@gmail.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 21st day of August, 2011, I caused a copy of the NOTICE OF WITHDRAWAL OF APPEARANCE to be served via United States Mail to the following persons:

Andrew John Contiguglia, Esq.
Contiguglia & Fazzone, P.C.
400 South Colorado Blvd., Ste. 830
Denver, CO 80246

James Malcom DeVoy, IV, Esq.
Marc John Randazza, Esq.
Randazza Legal Group
7001 West Charleston Blvd, #1043
Las Vegas, Nevada 89117

Kurt Bradford Opsahl, Esq.
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110-1914

James John Todd Kincannon, Esq.
The Kincannon Firm
P.O. Box 7901
Columbia, SC 29202

Righthaven LLC
4475 South Pecos Road
Las Vegas, Nevada 89121

/s/ Steven G. Ganim