**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00830-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company

    Plaintiff,

        v.

**LELAND WOLF,** an individual, and
**IT MAKES SENSE BLOG**, an entity of unknown origin and nature,

    Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

    The hearing on Defendants' Motion for Preliminary Injunction set for September 14, 2011, at 8:00 a.m. will proceed as scheduled. I will consider Plaintiff's objections at that time, but Plaintiff should be prepared to proceed on the merits of Defendants' motion.

Dated: September 14, 2011