**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00830-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company

    Plaintiff,

        v.

**LELAND WOLF,** an individual, and
**IT MAKES SENSE BLOG**, an entity of unknown origin and nature,

    Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

The parties and the amici curiae have fully briefed Defendants' Motion to Dismiss. I have reviewed their briefing, and I find that oral argument will be helpful in resolving Defendants' motion. Accordingly, this matter is set for a hearing on September 20, 2011, at 9:00 a.m.

Dated: September 14, 2011