# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date: September 20, 2011 |
| Court Reporter: Tracy Weir | |

Civil Action No. 11-cv-00830-JLK

| <u>Parties:</u> | <u>Counsel:</u> |
|---|---|
| RIGHTHAVEN LLC, a Nevada Limited Liability Company, | Shawn A. Mangano |
|     Plaintiff, | |
| v. | |
| LELAND WOLF, an individual, and IT MAKES SENSE BLOG, an entity of unknown origin and nature, | James M. DeVoy, IV<br>Andrew J. Contiguglia |
|     Defendants. | |

## COURTROOM MINUTES

**Motion Hearing**

**9:04 a.m    Court in session.**

Court calls case. Counsel present for Plaintiff and Defendants. Also present, counsel for *Amicus Curiae*, James J.T. Kincannon, Kurt B. Opsahl, and David Kerr.

Argument to be heard regarding Doc. No. 11.

Preliminary remarks by the Court.

9:06 a.m.    Argument by Mr. Mangano. Questions by the Court.

9:52 a.m.    Argument by Mr. Opsahl.

10:02 a.m.    Argument by Mr. DeVoy.

10:11 a.m.   Argument by Mr. Kincannon.

10:16 a.m.   Rebuttal argument by Mr. Mangano.

10:26 a.m.   Further argument by Mr. DeVoy.

10:29 a.m.   Further argument by Mr. Opsahl.

**ORDERED:   Motion To Dismiss For Lack Of Subject Matter Jurisdiction (Filed 5/17/11; Doc. No. 11) is taken UNDER ADVISEMENT.**

10:32 a.m.   Court in recess.
Hearing concluded.
Total time in court: 1 hour, 28 minutes.