# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date: September 15, 2011 |
| Court Reporter: Tracy Weir | |

Civil Action No. 11-cv-00830-JLK

| _Parties:_ | _Counsel:_ |
|---|---|
| RIGHTHAVEN LLC, a Nevada Limited Liability Company, | Shawn A. Mangano |
| Plaintiff, | |
| v. | |
| LELAND WOLF, an individual, and | Andrew J. Contiguglia |
| IT MAKES SENSE BLOG, an entity of unknown | James M. DeVoy, IV |
| origin and nature, | Marc J. Randazza (via telephone) |
| Defendants. | |

## COURTROOM MINUTES

**Preliminary Injunction Hearing**

**8:11 a.m    Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Argument heard on Doc. No. 39.  Specific issues to be heard, this morning, are on "lack of jurisdiction" and "irreparable harm".

8:20 a.m.    Argument by Mr. DeVoy.  Questions by the Court.

8:30 a.m.    Argument by Mr. Mangano.  Questions by the Court.

8:48 a.m.     Further argument by Mr. DeVoy.

**ORDERED:   Motion For Preliminary Injunction (Filed 9/9/11; Doc. No. 39) is taken UNDER ADVISEMENT.**

**ORDERED:   The Oral Stipulated TRO is GRANTED as to Righthaven agreeing not to dispose of its intellectual property assets, other than money to pay operating expenses, until September 27, 2011.**

8:52 a.m.     Court in recess.
Hearing concluded.
Total time in court: 41 minutes.