**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00830-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company,
    Plaintiff,

      v.

**LELAND WOLF,** an individual, and
    Defendant.

## MINUTE ORDER

Judge John L. Kane ORDERS

Pursuant to my Memorandum Opinion and Order dated September 27, 2011, Plaintiff Righthaven must reimburse Defendant Leland Wolf's fulls costs in defending this action, including reasonable attorney fees.

In order to facilitate that process, Mr. Wolf shall file an affidavit of counsel itemizing the amounts requested in the various categories, in addition to an affidavit from a disinterested expert attesting to the reasonableness of the costs and attorney fees requested as well as the necessity of their expenditure for the recovery attained no later than October 14, 2011. Righthaven's response, with rebuttal affidavit(s), is due on or before October 28, 2011.

The parties are strongly encouraged to negotiate an informal resolution of this question before October 28, 2011. If a resolution is not met by this date, I will conduct further proceedings and include the costs and attorney fees of further unnecessary proceedings either in

addition to or as subtraction from the costs and fees already incurred as the circumstances may warrant.

Dated: October 3, 2011

BY THE COURT:

**/s/John L. Kane**
Senior U.S. District Judge