AO 121 (06/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, DC 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |  |
|---|---|---|
| DOCKET NO.<br>11-cv-00830 | DATE FILED<br>3/31/11 | U.S. District Court for the District of Colorado<br>901 19th Street, Denver, Colorado 80294-3589 |

| PLAINTIFF(S)<br>Righthaven LLC | DEFENDANT(S)<br>Leland Wolf et al. |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | Please see copy of complaint attached hereto. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |  |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☒ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED<br>9/30/11 |
|---|---|---|
| CLERK<br>GREGORY C. LANGHAM | BY DEPUTY CLERK, [signature] | DATE<br>10/5/11 |
| | | |

Copy 1 (white) - Upon initiation of action, mail this copy to Register of Copyrights
Copy 2 (yellow) - Upon filing of document adding copyright(s), mail this copy to Register of Copyrights
Copy 3 (blue) - Upon termination of action, mail this copy to Register of Copyrights
Copy 4 (green) - In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 121 for the appeal
Copy 5 (pink) - Case file copy