# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-00830-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

        Plaintiff,

v.

LELAND WOLF, an individual, and
IT MAKES SENSE BLOG, an entity of unknown
origin and nature

        Defendants.

---

**RIGHTHAVEN LLC'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT WITH CERTIFICATE OF SERVICE**

---

NOTICE is hereby given that Plaintiff Righthaven LLC ("Righthaven"), hereby appeals the Clerks Judgment entered in this action on September 30, 2011 (the "Judgment", Doc. # 50) to the United States Court of Appeals for the Tenth Circuit. The Judgment entered in favor of Defendants Leland Wolf and the It Makes Sense Blog (collectively the "Defendants") was based on, and Righthaven's appeal in this action includes, the Court's September 27, 2011 Order (Doc. # 49), the Judgment (Doc. # 50), the associated briefing by the parties any by *amici* in connection with Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. ## 11-12, 20, 23-24, 27, 29-30, 34-36, and 38 and 40), and the transcript of the proceedings held in connection with Defendants' motion (Doc. # 48), all of which will properly be designated by Righthaven as part of the record on appeal to the extent required.

Dated this 11th day of October, 2011.

                                              SHAWN A. MANGANO, LTD.

By:   /s/ Shawn A. Mangano
       SHAWN A. MANGANO, ESQ.
       shawn@manganolaw.com
       9960 West Cheyenne Avenue, Suite 170
       Las Vegas, Nevada 89129-7701

*Attorney for Plaintiff Righthaven LLC*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 11th day of October, 2011, I caused a copy of the **RIGHTHAVEN LLC'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system.

                                      By: /s/ Shawn A. Mangano
                                      SHAWN A. MANGANO, ESQ.