# EXHIBIT A

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| **Righthaven - Leland Wolf** | | | | | | | |
| **Jason Fischer** | | | | | | | |
| 05/04/2011 | Litigation Defense | Telephone conference concerning strategy options and division of labor. | $300.00 hr | 0.20 | 0.20 | $60.00 | 0.00 |
| 05/06/2011 | Litigation Defense | Receipt and review of email exchange with co-counsel concerning strategy for obtaining extension to file our responsive pleadings. [no charge] | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 05/17/2011 | Litigation Defense | Review and revise draft motions to dismiss for lack of subject matter jurisdiction and for an order permitting jurisdictional discovery. | $300.00 hr | 0.90 | 0.90 | $270.00 | 0.00 |
| 06/01/2011 | Litigation Defense | Receipt and review of proposed stipulation for jurisdictional discovery and briefing for motion to dismiss; exchange emails concerning same. | $300.00 hr | 0.30 | 0.30 | $90.00 | 0.00 |
| 06/15/2011 | Litigation Defense | Receipt and review of email to client concerning possible exit strategy based on recent Nevada decision. [no charge] | $0 hr | 0.10 | 0 | $0.00 | 0.10 |
| 07/21/2011 | Litigation Defense | Receipt and review of transcripts from Nevada hearing concerning sanctions against Righthaven. [No charge] | $0 hr | 0.30 | 0 | $0.00 | 0.30 |
| 09/15/2011 | Litigation Defense | Receipt and review of electronic notice for Righthaven's brief in opposition to injunction; retrieve copy of brief and forward to team. | $300.00 hr | 0.20 | 0.20 | $60.00 | 0.00 |
| | | *Total Labor For Jason Fischer* | | **2.10** | **1.60** | **$480.00** | **0.50** |
| | | *Total Expense For Righthaven - Leland Wolf* | | | **$0.00** | **$0.00** | |
| | | *Total For Righthaven - Leland Wolf* | | | | **$480.00** | |
| **Jay DeVoy** | | | | | | | |
| 05/04/2011 | | Phone call with JAF regarding representation strategy. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| | | **Grand Totals Labor:** | | **81.40** | **97.20** | **$28,847.50** | **0.50** |
| | | **Grand Totals Expense:** | | | **$1,000.85** | **$1,000.85** | |
| | | **Grand Totals:** | | | | **$29,848.35** | |

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 05/04/2011 | | Research into subject matter jurisdiction issues and Righthaven's litigation tactics regarding the strategic alliance agreement. (divided among 3 clients; total time .3) | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 05/05/2011 | | Research regarding bifurcated motion for jurisdictional discovery and order to show cause, designed to compel production of RH/MediaNews Group strategic alliance agreement, necessary for MTD for lack of subject matter jurisdiction.  Begin drafting needed Motion; outline brief. | $275.00 hr | 1.20 | 1.20 | $330.00 | 0.00 |
| 05/05/2011 | | IM Conference with JAF regarding strategy and desirability of order to show cause as standalone or alternative motion; timing for same. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 05/05/2011 | | Set strategy regarding optimal timing for answer and discovery motion; propose plan to legal team for consideration and ratification. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 05/05/2011 | | Exchange e-mails with JAF, MJR and AJC regarding litigation strategy and desirability of one-week extension for filing answer. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 05/05/2011 | | E-mail to client explaining answer extension strategy. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 05/05/2011 | | Phone call with Andrew Contiguglia regarding strategy for deadline extension. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 05/05/2011 | | Research on D. Colo. and 10th Circuit precedent for early discovery and jurisdictional discovery; timing and procedural posture for both. | $275.00 hr | 0.40 | 0.40 | $110.00 | 0.00 |
| 05/06/2011 | Litigation Defense | Research on presumptions, timing regarding jurisdiction and jurisdictional discovery. Add research to brief. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| | | **Grand Totals Labor:** | | 81.40 | 97.20 | $28,847.50 | 0.50 |
| | | **Grand  Totals Expense:** | | | $1,000.85 | $1,000.85 | |
| | | **Grand Totals:** | | | | $29,848.35 | |

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/<br>Unit Price | Labor Time/<br>Quantity | Billable Time/<br>Cost Price | Bill Amt/<br>Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 05/06/2011 | Litigation Defense | Memo to file concerning status of outstanding projects. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 05/06/2011 | Litigation Defense | Call to client regarding implementation of extension strategy. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 05/06/2011 | Litigation Defense | Drafting motion for jurisdictional discovery, specifically setting forth legal standards and beginning legal analysis. | $275.00 hr | 0.50 | 0.50 | $137.50 | 0.00 |
| 05/09/2011 | Litigation Defense | Phone call and e-mail exchange with client concerning time to file answer; phone call with Andrew Contiguglia regarding same. | $275.00 hr | 0.30 | 0.30 | $82.50 | 0.00 |
| 05/09/2011 | Litigation Defense | Phone call and e-mail exchange with JAF concerning answer/MTD strategy and mechanics. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 05/09/2011 | Litigation Defense | Draft, edit and file motion for enlargement of time to file answer in Righthaven v. Wolf. | $275.00 hr | 0.30 | 0.30 | $82.50 | 0.00 |
| 05/09/2011 | Litigation Defense | Complete draft of brief for motion for jurisictional discovery; key up with accompanying motion, motion to dismiss and brief in support of motion to dismiss.  Send to JAF for review; potential filing based on court's disposition of motion for enlargement of time. | $275.00 hr | 4.70 | 4.70 | $1,292.50 | 0.00 |
| 05/10/2011 | Litigation Defense | Phone call with MJR regarding legal strategy for seeking dismissal and jurisdictional discovery. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 05/10/2011 | Litigation Defense | Draft and file unopposed extension, exchange e-mails with co-counsel and opposing counsel. | $275.00 hr | 0.40 | 0.40 | $110.00 | 0.00 |
| 05/14/2011 | Litigation Defense | Memo to file regarding newly obtained information concerning Righthaven's settlement discovery practices and techniques. (divided among 4 clients.) | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| | | **Grand Totals Labor:** | | **81.40** | **97.20** | **$28,847.50** | **0.50** |
| | | **Grand  Totals Expense:** | | | **$1,000.85** | **$1,000.85** | |
| | | **Grand Totals:** | | | | **$29,848.35** | |

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 05/16/2011 | Litigation Defense | Pre-filing review of client's motion to dismiss and motion for jurisdictional discovery, incorporating elements of what was uncovered and researched with respect to Righthaven's "Clarification" of its strategic alliance agreement with Stephens Media LLC. | $275.00 hr | 1.80 | 1.80 | $495.00 | 0.00 |
| 05/17/2011 | Litigation Defense | E-mail exchange with JAF and MJR concerning motions. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 05/17/2011 | Litigation Defense | E-mail with attorneys following mandatory meet & confer call with Righthaven's counsel | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 05/17/2011 | Litigation Defense | Final review, formatting and filing of documents; transmission of copies to client with explanation. IM Conference with MJR throughout. | $275.00 hr | 0.40 | 0.40 | $110.00 | 0.00 |
| 05/19/2011 | Litigation Defense | Phone call with client regarding reaching out to Public Citizen and/or EFF for additional representation, as every other case in Colorado is stayed pending its resolution. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 05/19/2011 | Litigation Defense | Exchange e-mails with legal team, EFF, and set strategy for bringing in additional representation to aid in case upon discovering all other D. Colo. cases are stayed pending the resolution of Wolf's litigation. | $275.00 hr | 0.30 | 0.30 | $82.50 | 0.00 |
| 05/19/2011 | Litigation Defense | Phone call with MJR; draft letter to EFF/Public Citizen/Citizen Media Law Project seeking additional pro bono counsel for case in light of stay on all pending actions. | $275.00 hr | 0.40 | 0.40 | $110.00 | 0.00 |
| 05/20/2011 | Litigation Defense | Review and formatting of letters to EFF, Public Citizen and CMLP on behalf of client; correspondence with CMLP regarding scope of participation. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| | | **Grand Totals Labor:** | | 81.40 | 97.20 | $28,847.50 | 0.50 |
| | | **Grand Totals Expense:** | | | $1,000.85 | $1,000.85 | |
| | | **Grand Totals:** | | | | $29,848.35 | |

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 05/20/2011 | Litigation Defense | Phone conversation with Kurt Opsahl of EFF; draft memorandum to legal team to articulate status of outside counsel participation and strategy for obtaining jurisdictional discovery based on newly discovered evidence. | $275.00 hr | 0.80 | 0.80 | $220.00 | 0.00 |
| 05/23/2011 | Litigation Defense | E-mail to Righthaven regarding stipulation to stay SMJ briefing pending resolution of jurisdictional discovery motions.  E-mail with EFF regarding briefing schedule and availability of amicus briefing. | $275.00 hr | 0.20 | 0.10 | $27.50 | 0.00 |
| 05/24/2011 | Litigation Defense | Exchange e-mails with legal team regarding stipulation to discovery with Righthaven in order to avoid jurisdictional briefing, stay further briefing on motion to dismiss. | $275.00 hr | 0.30 | 0.30 | $82.50 | 0.00 |
| 05/24/2011 | Litigation Defense | Phone call with Shawn Mangano regarding stay of MTD briefing while jurisdictional discovery is sought, potential discovery stipulation. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 05/25/2011 | Litigation Defense | Discussion of possible changes of timing for amicus participation of EFF with attorneys there. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 05/26/2011 | Litigation Defense | Exchange e-mails with CMLP regarding timing of amicus participation and developments in case management. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 05/31/2011 | Litigation Defense | Phone call with Leland Wolf; e-mail to MJR concerning litigation strategy and finance. Discuss means of protecting blog from further infringement litigation via DMCA. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 05/31/2011 | Litigation Defense | Memo to file regarding case status. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| | | **Grand Totals Labor:** | | **81.40** | **97.20** | **$28,847.50** | **0.50** |
| | | **Grand  Totals Expense:** | | | **$1,000.85** | **$1,000.85** | |
| | | **Grand Totals:** | | | | **$29,848.35** | |

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 06/01/2011 | Litigation Defense | Review edits to proposed stipulation, review record and finalize formatting; transmit draft stipulation regarding discovery and motion to dismiss briefing schedule to Shawn Mangano | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 06/01/2011 | Litigation Defense | Review of e-mails with Mangano and Wolf; draft stipulation for briefing on MTD and jurisdictional discovery issue. | $275.00 hr | 0.60 | 0.40 | $110.00 | 0.00 |
| 06/02/2011 | Litigation Defense | Exchange e-mails with Shawn Mangano regarding status of stipulation to be filed in case. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 06/03/2011 | Litigation Defense | E-mail exchange with EFF regarding amici brief strategy and optimal time for their participation. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 06/03/2011 | Litigation Defense | File stipulation in case, entering discovery immediately. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 06/06/2011 | Litigation Defense | E-mail exchange with Shawn Mangano regarding time for response to discovery requests and crafting of protective order for relevant discovery. | $275.00 hr | 0.50 | 0.30 | $82.50 | 0.00 |
| 06/06/2011 | Litigation Defense | Review of court order on discovery stipulation; draft production request for Righthaven. | $275.00 hr | 0.60 | 0.60 | $165.00 | 0.00 |
| 06/07/2011 | Litigation Defense | Exchange e-mails with local counsel and legal team regarding radio appearance on Righthaven case. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 06/08/2011 | Litigation Defense | Review of discovery request, final formatting and transmission to Righthaven with instructions for compliance. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 06/15/2011 | Litigation Defense | Draft e-mail to client concerning developments in Nevada Righthaven cases and potential strategy for settlement of the case. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 06/15/2011 | Litigation Defense | Draft settlement memo to Righthaven based on e-mail exchange with client; submit to MJR for review. | $275.00 hr | 0.40 | 0.40 | $110.00 | 0.00 |
| | | **Grand Totals Labor:** | | 81.40 | 97.20 | $28,847.50 | 0.50 |
| | | **Grand Totals Expense:** | | | $1,000.85 | $1,000.85 | |
| | | **Grand Totals:** | | | | $29,848.35 | |

**Randazza Legal Group - Client Summary**

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 06/16/2011 | Litigation Defense | Transmission of letter to Righthaven regarding potential settlement. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 07/02/2011 | Litigation Defense | Review of proposed amicus brief from CALA; circulation among defense team. | $275.00 hr | 0.40 | 0.40 | $110.00 | 0.00 |
| 07/06/2011 | Litigation Defense | Draft supplemental memorandum of law, edit, and distribute to team. | $275.00 hr | 3.20 | 3.20 | $880.00 | 0.00 |
| 07/06/2011 | Litigation Defense | Phone call with MJR and review of materials produced by Righthaven pursuant to discovery stipulation. | $275.00 hr | 0.90 | 0.90 | $247.50 | 0.00 |
| 07/06/2011 | Litigation Defense | Phone call with MJR and Shawn Mangano concerning produced documents in Wolf case. | $275.00 hr | 0.80 | 0.80 | $220.00 | 0.00 |
| 07/07/2011 | Litigation Defense | Research on D. Colo. and 10th Cir. law on protective orders; exchange e-mail with team concerning same issue. | $275.00 hr | 0.60 | 0.60 | $165.00 | 0.00 |
| 07/08/2011 | Litigation Defense | Final review and preparation of supplemental memorandum; filing in D. Colorado case. | $275.00 hr | 0.30 | 0.30 | $82.50 | 0.00 |
| 07/14/2011 | Litigation Defense | Travel to and attend Righthaven sanctions hearing, discuss additional Righthaven matters and long-term strategy with Kurt Opsahl of EFF post-hearing. Total time: 3 hours, split among 6 affected clients. | $275.00 hr | 0.50 | 0.50 | $137.50 | 0.00 |
| 07/19/2011 | Litigation Defense | Review of CALA amicus brief and communication with CALA counsel, legal team. | $275.00 hr | 0.50 | 0.50 | $137.50 | 0.00 |
| 07/25/2011 | Litigation Defense | Review and receipt of e-mail from Kurt Opsahl; exchange e-mails with legal team and current/potential amici. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 07/28/2011 | Litigation Defense | Review of numerous e-mails; e-mail with team and phone call with Kurt Opsahl of EFF regarding participation of amicus EFF in case and stipulated briefing schedule. | $275.00 hr | 0.40 | 0.40 | $110.00 | 0.00 |
| | | **Grand Totals Labor:** | | 81.40 | 97.20 | $28,847.50 | 0.50 |
| | | **Grand Totals Expense:** | | | $1,000.85 | $1,000.85 | |
| | | **Grand Totals:** | | | | $29,848.35 | |

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 07/29/2011 | Litigation Defense | Preliminary review of opposition from Righthaven in RH v. Wolf, circulate memorandum to defense team. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 07/31/2011 | Litigation Defense | Research regarding freezing of Righthaven's assets for future award of attorney's fees. (8 hrs total, divided among 6 clients) | $275.00 hr | 1.30 | 1.30 | $357.50 | 0.00 |
| 08/05/2011 | Litigation Defense | Exchange e-mails with Righthaven regarding sanctions and sanction compliance; draft, revise and file motion for notice with Colorado court regarding judicial notice of Nevada court's sanctions order. | $275.00 hr | 2.60 | 2.60 | $715.00 | 0.00 |
| 08/05/2011 | Litigation Defense | Exchange e-mails with defense team, opposing counsel regarding Righthaven's compliance with court-issued sanctions in Democratic Underground case. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 08/05/2011 | Litigation Defense | Draft motion to supplement record, prepare accompanying affidavit, and prepare exhibits to file in Colorado case regarding Righthaven sanction in Democratic Underground. | $275.00 hr | 1.20 | 1.20 | $330.00 | 0.00 |
| 08/09/2011 | Litigation Defense | Draft reply brief to Righthaven's opposition to the supplemental memorandum | $275.00 hr | 7.10 | 7.10 | $1,952.50 | 0.00 |
| 08/10/2011 | Litigation Defense | Review, revise and file reply brief following review of MJR, JAF and local counsel (AJC). | $275.00 hr | 0.60 | 0.60 | $165.00 | 0.00 |
| 08/26/2011 | Litigation Defense | Exchange e-mails with amici, client regarding amici participation at trial level and potential amicus intervention on appeal to 10th Circuit, availability of attorney's fees. | $275.00 hr | 0.50 | 0.50 | $137.50 | 0.00 |
| 09/06/2011 | Litigation Defense | Review of EFF amicus reply brief; forward to client. | $275.00 hr | 0.30 | 0.30 | $82.50 | 0.00 |
| 09/08/2011 | Litigation Defense | Draft motion for preliminary injunction; assemble exhibits and declarations in support of motion. | $275.00 hr | 2.10 | 2.10 | $577.50 | 0.00 |
| | | **Grand Totals Labor:** | | **81.40** | **97.20** | **$28,847.50** | **0.50** |
| | | **Grand Totals Expense:** | | | **$1,000.85** | **$1,000.85** | |
| | | **Grand Totals:** | | | | **$29,848.35** | |

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 09/09/2011 | Litigation Defense | Review, revise and file MPI with court. | $275.00 hr | 0.30 | 0.30 | $82.50 | 0.00 |
| 09/09/2011 | Litigation Defense | Discuss strategy, appearances and logistics for preliminary injunction hearing. | $275.00 hr | 1.50 | 1.50 | $412.50 | 0.00 |
| 09/09/2011 | Litigation Defense | Plane ticket to Denver for MPI hearing. | $388.80 ea | 1 | $388.80 | $388.80 | 0.00 |
| 09/12/2011 | Litigation Defense | Note issues for further research regarding MPI hearing; outline points to discuss during hearing before D. Colo. on 9/15. | $275.00 hr | 0.60 | 0.60 | $165.00 | 0.00 |
| 09/12/2011 | Litigation Defense | Phone call with local counsel concerning hearing logistics. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 09/12/2011 | Litigation Defense | Phone call with Shawn Mangano; e-mail exchange with co-counsel concerning briefing schedule and hearing date for MPI filed on 9/9. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 09/12/2011 | Litigation Defense | Draft memorandum response to Righthaven's request for stipulation; e-mail co-counsel concerning same. | $275.00 hr | 0.70 | 0.70 | $192.50 | 0.00 |
| 09/13/2011 | Litigation Defense | Discuss with MJR and draft letter to client concerning status of case at current level and likely appeal to 10th Circuit COA. | $275.00 hr | 0.50 | 0.50 | $137.50 | 0.00 |
| 09/14/2011 | Litigation Defense | Discuss strategy, appearances and logistics for motion to dismiss hearing. | $275.00 hr | 1.30 | 1.30 | $357.50 | 0.00 |
| 09/14/2011 | Litigation Defense | Draft and file response to Righthaven's objection to Motion for Preliminary Injunction | $275.00 hr | 1.40 | 1.40 | $385.00 | 0.00 |
| 09/15/2011 | Litigation Defense | Prepare for and attend hearing on motion for preliminary injunction. | $275.00 hr | 3.50 | 11.50 | $3,162.50 | 0.00 |
| 09/15/2011 | Litigation Defense | Parking at LAS from 9/14-9/15 for trip to Denver regarding MPI hearing. | $28.00 ea | 1 | $28.00 | $28.00 | 0.00 |
| 09/17/2011 | Litigation Defense | Southwest Airlines flight from LAS to DEN to argue MTD on 9/20 | $491.40 ea | 1 | $491.40 | $491.40 | 0.00 |
| 09/19/2011 | Litigation Defense | Taxi from DEN to office of local counsel, Andrew Contiguglia, in order to prepare for and attend MTD hearing. | $69.65 ea | 1 | $69.65 | $69.65 | 0.00 |
| | | **Grand Totals Labor:** | | 81.40 | 97.20 | $28,847.50 | 0.50 |
| | | **Grand Totals Expense:** | | | $1,000.85 | $1,000.85 | |
| | | **Grand Totals:** | | | | $29,848.35 | |

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 09/20/2011 | Litigation Defense | Prepare for, travel to and attend hearing on motion to dismiss; coordinate arguments of amici. Debrief with legal team and amici. | $275.00 hr | 4.00 | 13.00 | $3,575.00 | 0.00 |
| 09/20/2011 | Litigation Defense | Parking at LAS from 9/19-9/20 for trip to Denver regarding MTD hearing. | $23.00 ea | 1 | $23.00 | $23.00 | 0.00 |
| 09/22/2011 | Litigation Defense | Discuss pending motion for preliminary injunction posture and necessity of pursuit with MJR; contact client concerning the same. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 09/23/2011 | Litigation Defense | Draft fundraising materials for client, exchange numerous e-mails regarding procedure for legal defense fund. | $275.00 hr | 0.70 | 0.50 | $137.50 | 0.00 |
| 09/26/2011 | Litigation Defense | Review of client file, anticipate Order on MTD by 9/27. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 09/27/2011 | Litigation Defense | Review order from D. Colo. court dismissing Righthaven's case against client. communicate outcome to client and confer with co-counsel about subsequent steps. | $275.00 hr | 0.30 | 0.30 | $82.50 | 0.00 |
| 09/28/2011 | Litigation Defense | Draft memorandum to MJR concerning D. Colo. LR 7.1(a) and motion for fees. | $275.00 hr | 0.50 | 0.50 | $137.50 | 0.00 |
| 09/28/2011 | Litigation Defense | Exchange e-mails with counsel regarding standards and motion for attorney's fees, applicable local rules and logistics for filing. | $275.00 hr | 0.30 | 0.30 | $82.50 | 0.00 |
| 09/29/2011 | Litigation Defense | E-mail exchange with opposing counsel, MJR and local counsel regarding substance of fee motion; logistics as to who will handle primary drafting of motion. | $275.00 hr | 0.50 | 0.50 | $137.50 | 0.00 |
| 09/29/2011 | Litigation Defense | IM conference with MJR regarding additional motion practice to be engaged in when pursuing fees in Wolf case. | $275.00 hr | 0.30 | 0.30 | $82.50 | 0.00 |
| | | **Grand Totals Labor:** | | 81.40 | 97.20 | $28,847.50 | 0.50 |
| | | **Grand Totals Expense:** | | | $1,000.85 | $1,000.85 | |
| | | **Grand Totals:** | | | | $29,848.35 | |

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 09/30/2011 | Pursuit of Fees | Discuss strategy for fee pursuit with MJR. Exchange e-mails with client and review judgment in case. | $275.00 hr | 0.30 | 0.30 | $82.50 | 0.00 |
| 09/30/2011 | Pursuit of Fees | Review of Court ruling on MPI; discuss implications with MJR, evaluate strategy based on Rightahven's current position. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 10/01/2011 | Pursuit of Fees | Begin drafting motion to for attorney's fees, focusing on narrative of Righthaven's actions and drawing on case law from 10th Circuit on 17 usc 505, 28 usc 1927 and Rule 11 sanction powers. Summarize procedural posture of cse. | $275.00 hr | 2.30 | 2.30 | $632.50 | 0.00 |
| 10/02/2011 | Pursuit of Fees | Continue work on motion for fees, adding information from other litigations and local rules. | $275.00 hr | 0.60 | 0.60 | $165.00 | 0.00 |
| 10/03/2011 | Pursuit of Fees | Review Court order on fee affidavits, obviating need for motion practice. Confer with co-counsel via e-mail and draft memorandum to MJR concerning final offer to Righthaven on fees. | $275.00 hr | 0.60 | 0.60 | $165.00 | 0.00 |
| 10/04/2011 | Pursuit of Fees | Memo to file for MJR review regarding status of fee evidence procurement. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 10/05/2011 | Litigation Defense | Review and documentation of report on copyright case entered onto docket 10/5. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 10/06/2011 | Pursuit of Fees | Determine and list items needed for affidavits, including prior righthaven decisions by RLG, which experts will be needed in which jurisdictions, and evidence needed to substantiate bills, including correspondence with Righthaven and invoices. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| | | **Grand Totals Labor:** | | **81.40** | **97.20** | **$28,847.50** | **0.50** |
| | | **Grand Totals Expense:** | | | **$1,000.85** | **$1,000.85** | |
| | | **Grand Totals:** | | | | **$29,848.35** | |

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 10/06/2011 | Pursuit of Fees | Correspond with co-counsel, client regarding request for reimbursement to MediaNews Group and implication for further litigation. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 10/06/2011 | Pursuit of Fees | Confer with MJR, participate in exchange of e-mails with opposing counsel regarding application for fees. | $275.00 hr | 0.70 | 0.70 | $192.50 | 0.00 |
| 10/06/2011 | Pursuit of Fees | Discuss status of fee application and confirm strategies with MJR. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 10/07/2011 | Pursuit of Fees | Discuss with MJR, contact expert for use with fee affidavits in Wolf case. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 10/09/2011 | Pursuit of Fees | Review of Righthaven filings in other Colorado actions; assess potential relevance in fee award and upon appeal. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 10/09/2011 | Pursuit of Fees | IM conference with MJR concerning fee affidavits. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 10/10/2011 | Pursuit of Fees | E-mail exchanges with co-counsel regarding invoices and other records needed to complete and file fee affidavit, obtain expert declarations. Seek Denver expert for declaration. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| 10/10/2011 | Pursuit of Fees | Research and draft fee affidavit for Leland Wolf. Assemble documentary evidence. | $275.00 hr | 1.20 | 1.20 | $330.00 | 0.00 |
| 10/10/2011 | Pursuit of Fees | Phone call with MJR concerning fee affidavit contents and expert declarations. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 10/11/2011 | 10th Cir. Appeal | Review of notice of appeal; discuss with co-counsel. Discuss logistics of handling 10th Circuit appeal and potential motion practice with MJR. | $275.00 hr | 0.30 | 0.30 | $82.50 | 0.00 |
| 10/11/2011 | Pursuit of Fees | E-mail exchange with MJR and Andrew Contiguglia regarding materials needed for fee affidavits. | $275.00 hr | 0.20 | 0.20 | $55.00 | 0.00 |
| | | **Grand Totals Labor:** | | **81.40** | **97.20** | **$28,847.50** | **0.50** |
| | | **Grand Totals Expense:** | | | **$1,000.85** | **$1,000.85** | |
| | | **Grand Totals:** | | | | **$29,848.35** | |

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 10/11/2011 | Pursuit of Fees | Review and revise affidavit for fees and confer with MJR regarding same and rendering of final bill. Exchange e-mails with Colo. expert and prepare template affidavit for him. Prepare template affidavit for Nevada experts. | $275.00 hr | 0.50 | 0.50 | $137.50 | 0.00 |
| 10/12/2011 | 10th Cir. Appeal | Review documents filed in 10th Circuit appeal and circulate to co-counsel. Exchange e-mails regarding logistics for appeal; discuss same with MJR on instant messaging. | $275.00 hr | 0.30 | 0.30 | $82.50 | 0.00 |
| 10/12/2011 | Pursuit of Fees | Communication with Colo. expert regarding fee affidavit. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 10/12/2011 | Pursuit of Fees | E-mail to John Krieger concerning expert opinion on fees for Randazza Legal Group | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 10/13/2011 | Pursuit of Fees | E-mail to Colorado expert concerning status of declaration. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 10/13/2011 | Pursuit of Fees | Confer with John Krieger about contents of expert affidavit, revise and edit accordingly. | $275.00 hr | 0.80 | 0.80 | $220.00 | 0.00 |
| 10/13/2011 | Pursuit of Fees | IM conference with MJR concerning status of fee affidavits, logistics and protocol for completion. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 10/13/2011 | Pursuit of Fees | E-mail exchange with legal assistant for Reza Rismani concerning production of expert opinion on Contiguglia fee award. | $275.00 hr | 0.10 | 0.10 | $27.50 | 0.00 |
| 10/13/2011 | Pursuit of Fees | Finalize exhibits and affidavits from experts. Edit fee affidavit after review by MJR. | $275.00 hr | 0.40 | 0.40 | $110.00 | 0.00 |
| | | *Total Labor For Jay DeVoy* | | **69.80** | **86.10** | **$23,677.50** | **0.00** |
| | | *Total Expense For Righthaven - Leland Wolf* | | | **$1,000.85** | **$1,000.85** | |
| | | *Total For Righthaven - Leland Wolf* | | | | **$24,678.35** | |

**Marc Randazza**

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 05/10/2011 | Litigation Defense | Review of file and review of emails. | $425.00 hr | 0.10 | 0.10 | $42.50 | 0.00 |
| | | **Grand Totals Labor:** | | **81.40** | **97.20** | **$28,847.50** | **0.50** |
| | | **Grand Totals Expense:** | | | **$1,000.85** | **$1,000.85** | |
| | | **Grand Totals:** | | | | **$29,848.35** | |

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 05/10/2011 | Litigation Defense | Exchange emails and phone calls regarding extension and strategies for same. | $425.00 hr | 0.20 | 0.20 | $85.00 | 0.00 |
| 05/17/2011 | Litigation Defense | Review and edit motions to dismiss. | $425.00 hr | 0.50 | 0.50 | $212.50 | 0.00 |
| 06/06/2011 | Litigation Defense | Receipt and review of court's order on jurisdictional discovery and exchanging emails with litigation team regarding importance and analysis. | $500.00 hr | 0.20 | 0.20 | $100.00 | 0.00 |
| 06/16/2011 | Litigation Defense | Review and revise settlement letter. | $500.00 hr | 0.30 | 0.30 | $150.00 | 0.00 |
| 07/06/2011 | Litigation Defense | Phone call with opposing counsel and JMD regarding Righthaven agreement and potential settlement. | $500.00 hr | 0.20 | 0.20 | $100.00 | 0.00 |
| 07/06/2011 | Litigation Defense | Review of supplemental memorandum. Direction of JMD on tasks (delegation of tasks to lower cost associate) | $500.00 hr | 0.50 | 0.50 | $250.00 | 0.00 |
| 07/07/2011 | Litigation Defense | Confer regarding protective orders. | $500.00 hr | 0.30 | 0.30 | $150.00 | 0.00 |
| 07/28/2011 | Litigation Defense | Supervision of associates on external communications and asset freezing research. | $500.00 hr | 0.70 | 0.70 | $350.00 | 0.00 |
| 07/30/2011 | Litigation Defense | Review documents filed by righthaven. Analysis of righthaven position and possible future tactics. | $500.00 hr | 0.40 | 0.40 | $200.00 | 0.00 |
| 08/10/2011 | Litigation Defense | Review and revise reply brief. | $500.00 hr | 1.20 | 1.20 | $600.00 | 0.00 |
| 09/08/2011 | Litigation Defense | Review and revise MPI. Confer with JMD on preliminary injunction. Supervision of JMD on motion and communication with opposing counsel. | $500.00 hr | 0.40 | 0.40 | $200.00 | 0.00 |
| 09/14/2011 | Litigation Defense | Receipt and review of Objection filed by Mangano. analysis of same and direction of lower cost associate on drafting of response. Editing response and communication with JMD and with AJC. Drafting email to Shawn Mangano regarding potential resolution. | $500.00 hr | 1.00 | 1.00 | $500.00 | 0.00 |
| | | **Grand Totals Labor:** | | 81.40 | 97.20 | $28,847.50 | 0.50 |
| | | **Grand Totals Expense:** | | | $1,000.85 | $1,000.85 | |
| | | **Grand Totals:** | | | | $29,848.35 | |

# Randazza Legal Group - Client Summary

Starting : 10/01/2010 | Ending : 10/13/2011 | Client : Righthaven - Leland Wolf | Project : All | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 09/15/2011 | Litigation Defense | telephonic appearance at hearing and post hearing debrief with JMD and Contiguglia. | $500.00 hr | 2.00 | 2.00 | $1,000.00 | 0.00 |
| 09/16/2011 | Litigation Defense | Exchangeing emails and messages with JMD to prepare for hearing on Tuesday. | $500.00 hr | 0.30 | 0.30 | $150.00 | 0.00 |
| 09/19/2011 | Litigation Defense | Preparation for hearing with JMD. Delegation of tasks to JMD. Outlining and mooting with JMD. | $500.00 hr | 0.60 | 0.60 | $300.00 | 0.00 |
| 09/28/2011 | | Confer with JMD regarding fees. Instructing JMD on same and finalizing and editing letter to Mangano regarding fees. | $500.00 hr | 0.30 | 0.30 | $150.00 | 0.00 |
| 10/05/2011 | Pursuit of Fees | Review and revise letter to try and avoid motion practice. | $500.00 hr | 0.30 | 0.30 | $150.00 | 0.00 |
| | | *Total Labor For Marc Randazza* | | **9.50** | **9.50** | **$4,690.00** | **0.00** |
| | | *Total Expense For Righthaven - Leland Wolf* | | | **$0.00** | **$0.00** | |
| | | *Total For Righthaven - Leland Wolf* | | | | **$4,690.00** | |
| | | **Total Labor For Righthaven - Leland Wolf** | | **81.40** | **97.20** | **$28,847.50** | |
| | | **Total Expense For Righthaven - Leland Wolf** | | | **$1,000.85** | **$1,000.85** | |
| | | **Total For Righthaven - Leland Wolf** | | | | **$29,848.35** | |
| | | **Grand Totals Labor:** | | **81.40** | **97.20** | **$28,847.50** | **0.50** |
| | | **Grand Totals Expense:** | | | **$1,000.85** | **$1,000.85** | |
| | | **Grand Totals:** | | | | **$29,848.35** | |