# EXHIBIT F

**From:** <mjr@randazza.com>
**Subject:** **RE: Letter regarding fees in Righthaven v. Wolf**
**Date:** October 6, 2011 1:23:17 PM PDT
**To:** shawn@manganolaw.com
**Cc:** "J. DeVoy" <jmd@randazza.com>, "Andrew Contiguglia" <ajc@ajcpc.com>

Shawn,

Thank you.  We will file our fee affidavits.

I think that you may misunderstand what we've represented to the court regarding the Leon case.  Re-read it.  We stated that you satisfied the judgment after we file an MPI, you filed an emergency application for a stay, we opposed it, and the court scheduled a hearing on the MPI.  Only after that, did you send a check (to the wrong address).

If you believe that we have misrepresented anything to the court, please provide me with whatever you would like us to clarify.  We would not wish for the court to have any of the facts wrong, and we would be more than willing to humble ourselves in correcting any errors we may have made.

One final point, which you did not address -- what is Righthaven's position with respect to posting a bond on appeal in this case?


-------- Original Message --------
Subject: RE: Letter regarding fees in Righthaven v. Wolf
From: <shawn@manganolaw.com>
Date: Thu, October 06, 2011 1:18 pm
To: mjr@randazza.com

Marc:

Righthaven will be appealing the district court's decision.  As such, it will not be paying Mr. Wolf a negotiated amount of attorneys' fees and costs.  I note that you continue to reference the Leon matter as somehow evidencing Righthaven's desire to fight judgment enforcement proceedings.  Your firm was paid the full amount of attorneys' fees awarded in Leon.  I ask that you cease continuing to represent to the Court that Righthaven did not satisfy the judgment entered in favor of Mr. Leon or that the company otherwise refused to do so.  Please move forward and submit your fee affidavits in support of the Section 505 ruling entered by Judge Kane.

Regards,

S

Shawn A. Mangano, Esq.
Shawn A. Mangano, Ltd.
8367 West Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 304-0432 - telephone
(702) 922-3851 - facsimile
*Licensed in California, Nevada and Illinois*