```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX042311
Cashier ID: sq
Transaction Date: 10/19/2011
Payer Name: RAISHA GIBSON
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: RAISHA GIBSON
 Amount:       $455.00
----------------------------------------
CREDIT CARD
 Amt Tendered: $455.00
----------------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

11-CV-830

A fee of $45.00 will be assessed on
any returned check.
```

11-1469