**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00830-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company,
    Plaintiff,

v.

**LELAND WOLF,** an individual,
    Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane ORDERS

Pursuant to my Memorandum Opinion and Order dated September 27, 2011, Plaintiff Righthaven must reimburse Defendant Leland Wolf's fulls costs in defending this action, including reasonable attorney fees. Despite my encouragement to negotiate an informal resolution of this question, the parties have failed to do so.

Accordingly, this matter is set for a hearing at 1:30 p.m. on November 10, 2011, to determine the reasonableness of the attorney fees claimed by Defendant in the Affidavit of J. Malcolm Devoy in Support of his Application for Fees (doc. 59). The parties should be prepared to provide supplemental documentation relating to their costs and attorney fees relating to their preparation for this hearing.

Dated: November 2, 2011                                    BY THE COURT:

                                                           **/s/John L. Kane**
                                                           Senior U.S. District Judge

1