# EXHIBIT B

**From:** <mjr@randazza.com>
**Subject:** **Resolution of Fee Issue**
**Date:** September 30, 2011 2:26:20 PM PDT
**To:** shawn@manganolaw.com
**Cc:** "Jason Fischer" <jaf@randazza.com>, "J. DeVoy" <jmd@randazza.com>, "Andrew Contiguglia" <ajc@ajcpc.com>

Shawn,

I have received authorization from Mr. Wolf to accept less than the fees he has expended to date.  He's got $26,000 on our tab, and $5,000 on Contiguglia's tab.  That's $31,000.

If it is Righthaven's position that they will pay nothing unless forced to do so, let us know.

If Righthaven would like to resolve this without further motion practice, let us know.

If Righthaven would like to make an offer of less than $31,000, Mr. Wolf has said that he would give consideration to any respectful offer.

I do believe that it is your professional duty to substantively respond to this email.

_____


Marc John Randazza*
Randazza Legal Group

6525 West Warm Springs Rd. Ste. 100
Las Vegas, Nevada 89118
Toll Free: 888-667-1113
email: mjr (at) randazza (dot) com
eFax: 305.437.7662

Other Offices: Miami & Toronto
http://www.randazza.com
_____

* Licensed in MA, FL, CA, and AZ only. (Not admitted in NV)