# EXHIBIT D

**RANDAZZA LEGAL GROUP**

Correspondence from:
J. Malcolm DeVoy IV, Esq.
jmd@randazza.com

**Reply to Las Vegas Office
via Email or Fax**

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Arizona
Florida

JESSICA S. CHRISTENSEN
Licensed to practice in
California

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

ALEX COSTOPOLOUS
Licensed to practice in
Florida

www.randazza.com

**Las Vegas**
6525 W. Warm Springs Rd
Suite 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite Number 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Toronto**
3230 Yonge Street
Suite Number 200
Toronto, ON M4N 3P6
Tel: 888.667.1113
Fax: 416.342.1761

*Settlement Privileged Correspondence under FRE 408*

October 25, 2011

<u>Via Email Only</u>
shawn@manganolaw.com

Shawn A. Mangano, Esq.
Shawn A. Mangano, Ltd.

    *Re: Righthaven v. Wolf Settlement*

Dear Shawn:

Our client has authorized us to make a final offer regarding his outstanding fee application. The last time we corresponded about this issue, October 6, 2011, you requested some time to consider this issue and indicated that Righthaven would not be settling its fee liability with *Wolf*. Since then, we have not had any communication regarding this matter.

Keeping with the spirit of Judge Kane's order, encouraging a resolution of the fee issue, this letter constitutes Mr. Wolf's final settlement offer to Righthaven: $15,000 to resolve all outstanding costs and fees, paid in full seven (7) calendar days after accepting this offer. This will minimize Righthaven's potential financial liability and conserve judicial resources, rendering our pending fee application - for double this offer - moot. Mr. Wolf's offer is valid until Thursday, October 27, 2011 at 5:00 pm Pacific Time.

Please share this with your client at your earliest opportunity

                                    Best regards,

                                    J. Malcolm DeVoy IV

cc:    Marc J. Randazza, Esq.
        Jason A. Fischer, Esq.
        Andrew J. Contiguglia, Esq.