**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00830-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company

    Plaintiff,

        v.

**LELAND WOLF,** an individual, and

    Defendant.

---

**ORDER**

---

Kane, J.

This matter is currently before me on Plaintiff's Application to Appear Telephonically at November 10, 2011 Hearing (doc. 63). Having reviewed Plaintiff's motion, and finding good cause appearing, the motion is GRANTED. Plaintiff's counsel shall be permitted to enter his appearance at the schedule hearing via telephone.

Dated: November 9, 2011                  BY THE COURT:

                                                          **/s/ John L. Kane**
                                                          Senior U.S. District Judge