# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Gwen Daniel | Date: November 10, 2011 |

Civil Action No. 11-cv-00830-JLK

*Parties:*                                                                *Counsel:*

RIGHTHAVEN LLC, a Nevada Limited Liability          Shawn A. Mangano (via telephone)
Company,

    Plaintiff,

v.

LELAND WOLF, an individual, and                              Andrew J. Contiguglia
IT MAKES SENSE BLOG, an entity of unknown
origin and nature,

    Defendants.

---

## COURTROOM MINUTES

**Oral Argument**

**1:38 p.m     Court in session.**

Court calls case.  Counsel present in person and via telephone.

Argument to be heard regarding Doc. No. 59.

Preliminary remarks by the Court.

1:39 p.m.     Argument by Mr. Contiguglia.  Questions by the Court.

1:47 p.m.     Argument by Mr. Mangano.

*11-cv-00830-JLK*
*Oral Argument*
*November 10, 2011*

1:50 p.m.     Comments by the Court.

The Court admonishes Mr. Mangano regarding his lack of civility.

**ORDERED:** **The motion for reasonable attorney's fees in the amount of $32,147.50 and costs of $1,000.85 (Filed 10/14/11; Doc. No. 59) is GRANTED. Bond is set at $50,000**.

**ORDERED:** **Leave is GRANTED for the Defendant to file an additional affidavit on or before November 23, 2011, for the costs of this hearing. Plaintiff has 5 days to file a response. If no response is filed, then the judgment will be amended accordingly.**

**ORDERED:**
1:51 p.m.     Court in recess.
Hearing concluded.
Total time in court: 13 minutes.

2