**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **1:11-cv-00830-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company,
      Plaintiff,
          v.

**LELAND WOLF,** an individual, and
**IT MAKES SENSE BLOG**, an entity of unknown origin and nature,
      Defendants.

---

## ORDER

Kane, J.

      This matter is currently before me on Defendants' Motion for Writ of Execution (doc. 74). Plaintiff has failed to file any response to this motion. Because Plaintiff's appeal of my Order granting Defendants summary judgment has been dismissed and there is no stay prohibiting Defendants' execution of his judgment, Defendants' motion is GRANTED. The Writ of Execution attached to Defendants' motion shall be entered as an order of the court. The U.S. Marshals shall execute Defendants' judgment through seizure of Plaintiff's bank accounts, real and personal property, and intangible intellectual property rights for levy, lien, auction, or other treatment appropriate for satisfaction of Defendants' judgment.

      Dated: April 13, 2012                     BY THE COURT:

                                            **/s/ John L.  Kane**
                                            Senior U.S. District Court Judge